UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RODNEY FRISBY #926352,

    Plaintiff,

v.

UNKNOWN COBAR, et al.,

    Defendants.

_____/

Case No. 2:22-cv-87

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  July 31, 2023

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge